UNITED STATES DISTRICT COURT
FOR THE WESTERN DIVISION OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| BRIAN JAMES SCHLOSSER<br>PLAINTIFF<br><br>V.<br><br>ALEX AZAR, SECRETARY OF HEALTH<br>AND HUMAN SERVICES AND<br>ANDREW SAUL COMMISSIONER OF THE<br>SOCIAL SECURITY ADMINISTRATION<br>DEFENDANTS | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br><br>6:20-cv-00091 |

## ORDER OF DISMISSAL AS TO DEFENDANT ALEX AZAR, SECRETARY OF HEALTH AND HUMAN SERVICES

On the 17th day of September, 2020, the Court considered the Motion of *Brian James Schlosser*, Plaintiff to dismiss this suit as to Plaintiff's claim against Defendant *Alex Azar, Secretary Of Health And Human Services* and **ORDERS** this cause dismissed without prejudice as to Defendant *Alex Azar, Secretary Of Health And Human Services*. All costs incurred are taxed against *Brian James Schlosser*, Plaintiff, for which let execution issue if not paid.

SIGNED on the 17th day of September, 2020.

_____
ALAN D ABLRIGHT
UNITED STATES DISTRICT JUDGE